# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:20-cr-117-MOC-WCM-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **JAYCE CHRISTOPHER THOMPSON,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on defendant's Motion to Allow Rule 11 Hearing by Videoconference, (Doc. No. 5).

**IT IS HEREBY ORDERED** that the Motion to Allow Rule 11 Hearing by Videoconference, (Doc. No. 5), is **GRANTED**, as Defendant has filed a plea agreement, and the Court is satisfied that Defendant has met the requirements of the CARES Act and this Court's Standing Order, No. 3:20-mc-48, Doc. No. 6.

**IT IS SO ORDERED**.

Signed: December 1, 2020

Max O. Cogburn Jr
United States District Judge