IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cr-00117-MOC-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JAYCE CHRISTOPHER THOMPSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on the Government's Motion to Seal (the "Motion to Seal," Doc. 30), which seeks an order sealing an Amended Sentencing Memorandum (Doc. 29).

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000).

The undersigned has considered the Motion to Seal, the public's interest in access to the subject documents, and alternatives to sealing.

1

The Motion to Seal has appeared on the docket since it was filed on August 3, 2021. Accordingly, the public has been provided with some notice and an opportunity to object to the Motion to Seal.

Further, the Amended Sentencing Memorandum concerns restitution, and as such contains certain information regarding victims and payment information. A redacted version of the Amended Sentencing Memorandum (Doc. 31) has also been filed.

The undersigned concludes that, based on the information before the Court at this time, Defendant has made the required showing and therefore will allow the Motion to Seal.

**IT IS THEREFORE ORDERED THAT** the Motion to Seal (Doc. 30) is **GRANTED** and the Government's Amended Sentencing Memorandum Concerning Restitution (Doc. 29) is **SEALED** and shall remain sealed until further Order of the Court.

Signed: August 9, 2021

W. Carleton Metcalf
United States Magistrate Judge